NANCY K. McCOMBS, SBN 163629
(nmccombs@aol.com) pd
LAW OFFICE OF NANCY K. McCOMBS
12 Geary Street, #201
San Francisco, CA 94108
Telephone: (415) 678-2626
Facsimile: (415) 399-4559

Attorney for Plaintiff
Tracey L. Oliver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TRACEY L. OLIVER,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant

) Case No.: 3:09-cv-02014-JSW
) STIPULATION EXTENDING TIME TO FILE
) MOTION FOR SUMMARY JUDGMENT OR
) REMAND AND [PROPOSED] ORDER
)
)
)
)
)
)
)

The parties stipulate that plaintiff shall have an additional sixty days, to and including November 18, 2009, in which to move for summary judgment or remand.

//

//

//

//

DATED:        09/25/09        By:   _Nancy K McComb_
                                    Nancy K. McCombs,
                                    Attorney for Plaintiff

DATED:        9/25/08         By:   _ZA Mm_
                                    Leo R. Montenegro,
                                    Attorney for Defendant

IT IS SO ORDERED.

DATED:        September 30, 2009   By:   _Jeffrey S White_
                                    Jeffrey S. White,
                                    District Court Judge